UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan Manuel GUEVARA,
Defendant–Appellant.

No. 05–41004.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 12, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Philip G. Gallagher, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

---

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Juan Manuel Guevara appeals his guilty-plea conviction for possession of more than 50 kilograms of marijuana with intent to distribute. Guevara argues that his conviction should be reversed because 21 U.S.C. § 841 is unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This issue is foreclosed, as Guevara concedes, by *United States v. Slaughter*, 238 F.3d 580, 582 (5th Cir.2000). Guevara's conviction is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.